JAMES A. MARRE, Respondent, v. JAMES F. GRID-
LEY, Executor of JULIA GOLDING, Appellant.

**St. Louis Court of Appeals, November 14, 1899.**

Appeal: PRACTICE: DISMISSAL OF APPEAL. Section 2301 R. S. 1889, re-
quires appellant to "make out and furnish the court with a clear and
concise statement of the case." Rule 15 of this court requires that
the statement shall be filed at least one day before the case is called
for trial, and rule 19 provides that for failure to comply with rule
15, the appeal shall be dismissed, or cause reset on terms. For fail-
ure on part of appellant to comply with the statute and rule, the
appeal should be, and is dismissed.

Appeal from Circuit Court City of St. Louis.—*Hon.*
*James E. Withrow*, Judge.

DISMISSED.

*John B. Dempsey* for appellant.

*Kinealy & Kinealy* for respondent.

Rule 15 of this court requires the appellant to file "a
clear and concise statement of the pleadings and facts shown
by the record." In this case the appellant has filed an
alleged statement which does not even so much as mention
the pleadings or judgment appealed from, does not purport
to give any of the evidence or instructions in the case, or any
reference to the record. We do not deem ourselves called
upon to make a statement for the appellant.

BLAND, J.—Section 2301, Revised Statues 1889 re-
quires the appellant to "make out and furnish the court with
a clear and concise statement of the case."  *  *  *  Rule
15 of this court requires that this statement shall be filed at
least one day before the cause is called for trial, and Rule 19
provides that for failure to comply with Rule 15, the appeal
shall be dismissed or the cause reset on terms.   The appellant

has failed to comply with the statute and Rule 15. His attention has been called to this neglect by the statement and brief. of respondent; without any effort to repair his negligence he has submitted the case. The statute and rule are not meaningless and must be observed and complied with in this court, if appellants wish the opinion of the court on the merits of their cases.

For failure to comply with the statute and rule the appeal is dismissed. Judge *Bond* concurs; Judge *Biggs* dissents.

## DISSENTING OPINION BY JUDGE BIGGS.

I am of the opinion that the original and reply briefs of the appellant contain a sufficient statement of the record to require us to dispose of the case on its merits, this court has not heretofore strictly enforced the letter of the statute.